April 21, 1969

Commonwealth ex rel. Bonomo et al., Appellants,
v. Jones.
Commonwealth v. Civill et al., Appellants.

Argued April 17, 1969; reargument refused May 10, 1969. *Allen N. Brunwasser,* for appellants; *Marion F. Finkelhor,* City Solicitor, with her *Cyril A. Fox, Jr.* and *Robert E. Dauer,* Assistant City Solicitors, for Commonwealth, appellee.

Appeals quashed.